**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2170**

———————————

WILLIAM LEE RICHARDSON, JR.,

                                        Plaintiff - Appellant,

        versus

SPRINT PCS,

                                        Defendant - Appellee.

———————————

**No. 99-2171**

———————————

WILLIAM LEE RICHARDSON, JR.,

                                        Plaintiff - Appellant,

        versus

AMERICA ONLINE,

                                        Defendant - Appellee.

———————————

**No. 99-2172**

———————————

WILLIAM LEE RICHARDSON, JR.,

                                        Plaintiff - Appellant,

and

WILLIAM LEE RICHARDSON, SR.,

                                        Plaintiff,

        versus

BELL ATLANTIC CORPORATION,

                                Defendant - Appellee.

---

**No. 99-2173**

---

WILLIAM LEE RICHARDSON, JR.,

                                Plaintiff - Appellant,

        versus

FIRST NATIONAL BANK OF MARYLAND,

                                Defendant - Appellee.

---

**No. 99-2174**

---

WILLIAM LEE RICHARDSON, JR.,

                                Plaintiff - Appellant,

        versus

ROSEMARIE RICHARDSON,

                                Defendant - Appellee.

2

Appeals from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge.  (CA-99-7-3, CA-99-27-3, CA-99-30-3, CA-99-51-3, CA-99-52-3)

Submitted:  October 12, 1999          Decided:  October 26, 1999

Before MURNAGHAN, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Richardson, Jr., Appellant Pro Se.  Reid Broughton, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lee Richardson, Jr., appeals the district court's orders dismissing his five actions for failure to state a claim or meet jurisdictional requirements. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Richardson v. Sprint PCS, No. CA-99-7-3; Richardson v. America Online, No. CA-99-27-3; Richardson v. Bell Atlantic Corp., No. CA-99-30-3; Richardson v. First Nat'l Bank of Md., No. CA-99-51-3; and Richardson v. Richardson, No. CA-99-52-3 (N.D.W. Va. Aug. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED